IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge N. Reid Neureiter

Civil Case No. 16-cv-2450-NRN

BEVERLY CRIBARI,

    Plaintiff,

v.

ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,

    Defendant.

## FINAL JUDGMENT

This matter was tried on June 17, 2019 through June 21, 2019, before a duly sworn jury of nine, Magistrate Judge N. Reid Neureiter presiding.

The trial proceeded to conclusion and the jury rendered its Verdict Form as follows:

Ms. Cribari, the Plaintiff, did not prove by a preponderance of the evidence that Allstate Fire & Casualty Insurance Company breached the insurance contract.

Ms. Cribari, the Plaintiff, did not prove by a preponderance of the evidence that Allstate Fire & Casualty Insurance Company acted in an unreasonable delay or denial of insurance benefits.

Ms. Cribari, the Plaintiff, did not prove by a preponderance of the evidence that Allstate Fire & Casualty Insurance Company acted in bad faith breach of the insurance contract.

ACCORDINGLY, IT IS ORDERED that, pursuant to Fed. R. Civ. P. 58(a), final

judgment is hereby entered in favor of Defendant, Allstate Fire & Casualty Insurance Company, and against Plaintiff, Beverly Cribari. It is

FURTHER ORDERED that Defendant, Allstate Fire & Casualty Insurance Company, shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P.54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that Plaintiff's Complaint and this civil action are DISMISSED WITH PREJUDICE.

Dated at Denver, Colorado, June 24, 2019.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Stacy Libid
Stacy Libid, Deputy Clerk